In the Matter of the Claim of ARLENE T. STARON, Respondent, v. ST. VINCENT'S HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.